BEFORE THE SECOND DIVISION, DECEMBER 22, 1964

No. 68968.—The Hipage Co., Inc. *v.* United States, protest 62/19839 (Norfolk).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues involved herein are the same in all material respects as those involved in *United States (Lansen-Naeve Corp. a/c Albert Klingelhofer, Party-in-Interest)* v. *Simon Saw & Steel Company* (51 CCPA 33, C.A.D. 834), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 23, 1964

No. 68969.—Aristo-Craft Distinctive Miniatures *v.* United States, protest 61/20560 (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.